ABRAMS & BAYLISS LLP
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
MAIN: 302-778-1000
FAX: 302-778-1001

CHRISTOPHER FITZPATRICK CANNATARO

DIRECT DIAL NUMBER
(302) 778-9367

September 11, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States Circuit Judge
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: September 12 Omnibus Hearing in Misc. Nos. 19-79, 21-18, 22-131, 22-263, 23-298, 23-360 & 23-361

Dear Judge Stark:

Please see below the public dial-in line for members of the public interested in listening to the in-person hearing scheduled for September 12, 2023 at 9:30 a.m. in Wilmington, Delaware:

Dial-In Number: 312.626.6799
Meeting ID: 876 1451 6489
Passcode: 389342

As always, I am available should the Court have any questions.

Respectfully,

*/s/ Christopher Fitzpatrick Cannataro*

Christopher Fitzpatrick Cannataro ((#6621)

CFC/
CC: All Counsel of Record (via CM/ECF)